IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BP PRODUCTS NORTH AMERICA, INC.,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 10-00625-KD-N |
| ) | |
| **RICHARD BLOW,** *et al.*, ) | |
| Defendants. ) | |

**ORDER**

The matter is before the Court on Defendant Richard Blow's "Suggestion of Bankruptcy" wherein Defendant Richard Blow has notified the court that he filed a Bankruptcy Petition (Case No. 11-02079) in the U.S. Bankruptcy Court for the Southern District of Alabama. (Doc. 29).

The Court's review of the docket of the bankruptcy court indicates that Defendant Richard Blow filed an individual Voluntary Petition for Chapter 7 bankruptcy on May 24, 2011.

Pursuant to 11 U.S.C. § 362, this filing operates as an automatic stay of this action against Defendant Richard Blow.

Accordingly, it is hereby **ORDERED** that all proceedings against Defendant Richard Blow are **STAYED** pending further Order of this Court.

This stay shall have no effect with respect to Plaintiff's claims against the remaining defendants and this action shall proceed as to those defendants.

**DONE** and **ORDERED** this the **1st** day of **July 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**