IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BP PRODUCTS NORTH AMERICA INC.,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. 10-00625-KD-N** |
| ) | |
| **MERRITT OIL CO., INC.,** *et al.*, ) | |
| Defendants. ) | |

## JUDGMENT

In accordance with the Order granting Plaintiff BP Products North America Inc. ("BP Products")'s Motion for Summary Judgment (Doc. 31), the Order granting in part BP Products' Motion for Attorneys' Fees and Expenses (Doc. 48), and the Order regarding BP Products' Motion To Make the Judgment Against Merritt Oil Company, Inc. Final (Doc. 52), it is hereby **ORDERED, ADJUDGED, AND DECREED** pursuant to Rules 54(b) and 58 of the Federal Rules of Civil Procedure that Judgment is entered in favor of BP Products and against Merritt Oil.

Judgment is entered in the principal amount of $421,309.49, plus attorneys' fees and expenses of $26,219.30, for a total amount of **$447,528.79**, plus post-judgment interest of 0.19%.

**DONE** and **ORDERED** this the **11**$^{th}$ day of **April 2012**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

1